IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

**DAWN M. CHAFFER,**

    **Plaintiff,**

v.                           **CIVIL ACTION NO: 3:15CV286**

**FOOD LION, LLC.**

    **Defendant.**

**PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO
TRANSFER VENUE**

Dawn M. Chaffer, by counsel, and the Defendant, Food Lion, LLC., have met and conferred regarding the Defendant's Motion to Transfer Venue (Doc. 6). The parties have reached an agreement to stipulate to transfer venue to the United States District Court for the Eastern District of Virginia Norfolk Division. The parties will be circulating a stipulation to be filed with the court within ten days.

                Respectfully Submitted,

                DAWN M. CHAFFER,

                By: _____/s/_____
                    Leonard A. Bennett, VSB #37523
                    CONSUMER LITIGATION ASSOCIATES, P.C.
                    763 J. Clyde Morris Blvd., Suite 1-A
                    Newport News, Virginia 23601
                    (757) 930-3660 - Telephone
                    (757) 930-3662 – Facsimile
                    E-mail: lenbennett@clalegal.com

                    Susan M. Rotkis, VSB#40693
                    CONSUMER LITIGATION ASSOCIATES, P.C.
                    763 J. Clyde Morris Blvd., Suite 1-A
                    Newport News, Virginia 23601

          (757) 930-3660 - Telephone
          (757) 930-3662 – Facsimile
          E-mail: srotkis@clalegal.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 16th day of June, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Jared A. Warren, Esquire
Britt & Byrne, PLLC
10800 Midlothian Turnpike, Suite 105
Richmond, Virginia 23235
Telephone: (804) 378-6067
Facsimile: (804) 378-4084
Email: jwarren@whbpc.com

          _____/s/_____
          Susan M. Rotkis, VSB#40693
          763 J. Clyde Morris Blvd., Suite 1-A
          Newport News, Virginia 23601
          (757) 930-3660 - Telephone
          (757) 930-3662 – Facsimile
          E-mail: srotkis@clalegal.com