**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**



DAWN M. CHAFFER,

      Plaintiff,

v.                                        Civil Action No. 3:15cv286

FOOD LION, LLC,

      Defendant.

### ORDER

Having considered the defendant's MOTION TO TRANSFER VENUE (Docket No. 6), and the plaintiff's response thereto (Docket No. 10), and the parties having reached an agreement to stipulate to transfer venue of this action, it is hereby ORDERED that the defendant's MOTION TO TRANSFER VENUE (Docket No. 6) is granted.  The Clerk is directed to transfer this action to the Norfolk Division.

      It is so ORDERED.

                                       /s/
                                Robert E. Payne
                                Senior United States District Judge

Richmond, Virginia
Date: June 17, 2015